IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 MAR -4  PM 4: 22

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CB3001 |
| | ) | VIOLATION NO. W0902993 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD A. STAHL, | ) | MOTION AND ORDER TO |
| | ) | REDUCE FINE |
| Defendant. | ) | |

This Court has previously entered a Judgment (Filing #8) on March 9, 2010. That judgment reduced the defendant's fine to $2,363.13, and allowed the defendant to pay the fine in two installments. The defendant has made the two installment payments, one on June 2, 2010, for $1,000.00 and the final payment on December 9, 2010, for $1,363.13, for a total of $2,363.13. The undersigned has been informed that certain penalties and interest for late payment have been assessed by the Central Violations Bureau, and continue to accrue.

Accordingly, the undersigned moves this Court waiving any penalties and interest which have, or may, be assessed in this case.

Respectfully Submitted,

UNITED STATES OF AMERICA

By:  DEBORAH R. GILG
     United States Attorney
     District of Nebraska

And: *[signature]*
     ALAN L. EVERETT #15387
     Assistant U. S. Attorney
     487 Federal Building
     100 Centennial Mall North
     Lincoln, Nebraska 68508
     Telephone: (402) 437-5241

**ORDER**

IT IS SO ORDERED this 4th day of March, 2011.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge

CERTIFICATE OF SERVICE

I, Alan L. Everett, hereby certify that a true and correct copy of the foregoing was served on the following by mailing same this 4 day of March, 2011.

Todd Stahl
c/o Joyce Stahl
Box 367
Bassett, NE 68714

_____
ALAN L. EVERETT
Assistant U. S. Attorney